UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROARK, | No. 2:16-cv-0721 KJM CKD P |
| Petitioner, | |
| v. | ORDER |
| RON RACKLEY, | |
| Respondent. | |

On July 14, 2016, the court recommended that respondent's motion to dismiss be granted. Shortly thereafter, petitioner filed a sur-reply regarding the motion to dismiss. Because the court does not normally permit sur-replies, see Local Rule 230(1), and there is no reason to deviate from that rule here, respondent's motion that the sur-reply be stricken (ECF No. 15) is granted.

Dated: August 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
roar0721.mts